**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mohendra Sheoprashad                     CHAPTER 13
               Debtor(s)

BKY. NO. 21-11558 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
10 Jun 2021, 15:38:40, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322