UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                         Bankr. Case No. 21-11558-ELF-13

Mohendra Sheoprashad                                                                                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                   Bankr. Case No. 21-11558-ELF-13

Mohendra Sheoprashad                                                      Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 22, 2021 :

| | |
|---|---|
| DAVID M OFFEN<br>601 WALNUT ST<br>PHILADELPHIA, PA  19106 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx02504 / 1042579