United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mohendra Sheoprashad  
    Debtor

Case No. 21-11558-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 10, 2021      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohendra Sheoprashad, 28 Jonquil Lane, Levittown, PA 19055-2306 |
| 14612162 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14612163 | | Berkheimer, PO Box 2514923.50, Lehigh Valley, PA 18002 |
| 14616642 | + | Berkheimer, Agent for Bristol Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, Pen Argyl, PA 18072-9652 |
| 14614360 | + | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14612167 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14612170 | + | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 14627568 | + | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14612173 | | Michael Doughtery, Esquire, 170 S Independence Mall, Suite 874, 325 Weltm, Philadelphia, PA 19106 |
| 14614659 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612174 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14624511 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14620645 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14613186 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 23:45:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14612161 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 23:45:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14621696 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2021 23:45:00 | Citizens, One Citizens Way, JCA115, Johnston, Rhode Island 02919 |
| 14612166 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2021 23:45:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14614360 | + | Email/Text: BKPT@cfna.com | Nov 10 2021 23:45:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14612164 | + | Email/Text: bankruptcy@cavps.com | Nov 10 2021 23:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 14621412 | + | Email/Text: bankruptcy@cavps.com | Nov 10 2021 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14612165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:35 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14612167 | + | Email/Text: BKPT@cfna.com | Nov 10 2021 23:45:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14612168 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 23:51:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14614135 | + | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14612169 | + | Email/Text: mrdiscen@discover.com | Nov 10 2021 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| | | | Nov 10 2021 23:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14612171 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 23:45:00 | GM Financial, P.O. BOx 78143, Phoenix, AZ 85062-8143 |
| 14625657 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14618364 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2021 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14623019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 23:51:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14612807 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14612176 | | Email/Text: bankruptcy@td.com | Nov 10 2021 23:45:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14612175 | | Email/Text: mekka.jones@terminix.com | Nov 10 2021 23:45:28 | Servicemaster/terminix, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618336 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14612172 | * | GM Financial, P.O. BOx 78143, Phoenix, AZ 85062-8143 |
| 14612808 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14612916 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Mohendra Sheoprashad dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: 155 | Total Noticed: 30 |

ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mohendra Sheoprashad
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−11558−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 10, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

22
Form 155