# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-11558-pmm

MOHENDRA SHEOPRASHAD

28 JONQUIL LANE

LEVITTOWN, PA 19055

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MOHENDRA SHEOPRASHAD

28 JONQUIL LANE

LEVITTOWN, PA 19055

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 10/16/2023

                /S/ Kenneth E. West
                _____
                Kenneth E. West, Esquire
                Chapter 13 Standing Trustee