United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-11558-pmm
Mohendra Sheoprashad  Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Aug 20, 2025  Form ID: pdf900  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohendra Sheoprashad, 28 Jonquil Lane, Levittown, PA 19055-2306 |
| 14612163 | | Berkheimer, PO Box 2514923.50, Lehigh Valley, PA 18002 |
| 14616642 | + | Berkheimer, Agent for Bristol Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, Pen Argyl, PA 18072-9652 |
| 14612173 | | Michael Doughtery, Esquire, 170 S Independence Mall, Suite 874, 325 Weltm, Philadelphia, PA 19106 |
| 14614659 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612175 | + | Servicemaster/terminix, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2025 00:08:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| 14613186 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2025 00:08:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14612161 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2025 00:08:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14612162 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:24:53 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14621696 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2025 00:08:00 | Citizens, One Citizens Way, JCA115, Johnston, Rhode Island 02919 |
| 14612166 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2025 00:08:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14614360 | + | Email/Text: BKPT@cfna.com | Aug 21 2025 00:08:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14612164 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2025 00:08:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14621412 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2025 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14612165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:24:54 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14612167 | + | Email/Text: BKPT@cfna.com | Aug 21 2025 00:08:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14612168 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 00:25:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14614135 | + | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14612169 | + | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14612170 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 21 2025 00:08:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14627568 | ^ | MEBN | Aug 21 2025 00:05:53 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14612171 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2025 00:08:00 | GM Financial, P.O. BOx 78143, Phoenix, AZ 85062-8143 |
| 14625657 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:13:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14618364 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14623019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:24:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14612807 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14612174 | + | Email/PDF: ebnotices@pnmac.com | Aug 21 2025 00:24:54 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14624511 | + | Email/PDF: ebnotices@pnmac.com | Aug 21 2025 00:24:36 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14612176 | | Email/Text: bankruptcy@td.com | Aug 21 2025 00:08:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14620645 | ^ | MEBN | Aug 21 2025 00:05:53 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14618336 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14612172 | * | GM Financial, P.O. BOx 78143, Phoenix, AZ 85062-8143 |
| 14612808 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14612916 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Mohendra Sheoprashad dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MOHENDRA  SHEOPRASHAD<br><br>                      Debtor | Chapter 13<br><br>Bankruptcy No. 21-11558-PMM |

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 20, 2025**

                                      Honorable Patricia M. Mayer
                                      Bankruptcy Judge